IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GREGORY K. CLINTON,

    Plaintiff,

    v.                                                         Civil Action No. 2:08-CV-21

STONEWALL JACKSON MEMORIAL HOSPITAL,

    Defendant.

## ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

On January 22, 2008, Gregory Clinton, ["Plaintiff"], filed a complaint under 42 U.S.C. § 1983 against Defendant and an Application to Proceed in forma pauperis. On January 31, 2008, Plaintiff filed his completed IFP form.

Plaintiff's application reveals he is not employed. Plaintiff has received no income during the past twelve months. Plaintiff owns a 1990 Ford F-250 valued at $300.00.

Accordingly, it is **ORDERED** that Claimant's January 22, 2008 Application to Proceed in forma pauperis is **GRANTED**.

    **IT IS SO ORDERED.**

DATED: February 4, 2008

                                                    /s/ James E. Seibert
                                                    JAMES E. SEIBERT
                                                    UNITED STATES MAGISTRATE JUDGE